UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUCHELL CINQUE MAGEE,<br>Plaintiff,<br>v.<br>YVONNE G. ROGERS, et al.,<br>Defendants. | Case No. 18-cv-02873-WHO (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Dkt. No. 4 |

Plaintiff Magee was ordered on June 6, 2018 to pay the filing fee of $400 or to show cause by July 23, 2018 why his *in forma pauperis* (IFP) application should not be barred by 28 U.S.C. § 1915(g).[1] Dkt. No. 6. He has filed no response to the order nor paid the filing fee. He has not shown that the restrictions of section 1915(g) do not apply to him. Accordingly, his IFP application is DENIED. (Dkt. No. 4.)

This federal civil rights action is DISMISSED without prejudice to Magee raising his claims in a new paid complaint.

The Clerk shall terminate Dkt. No. 4, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** August 8, 2018

WILLIAM H. ORRICK
United States District Judge

---

[1] Section 1915(g) bars prisoners from proceeding IFP if he or she has on 3 or more occasions brought an action or appeal that was dismissed because it was frivolous or malicious because it failed to state a claim for relief. Magee has at least 10 such "strikes."